# RECONSIDERATION DOCKET

**95–1222.  Byrnes v. LCI Communication Holdings Co.**
Franklin App. Nos. 94APE09–1372 and 94APE09–1396.  Reported at 77 Ohio St.3d 125, 672 N.E.2d 145.  On motion for reconsideration and on motion of Ohio Chapter of the National Organization for Women et al. for leave to file motion for reconsideration.  Motions denied.
RESNICK and PFEIFER, JJ., dissent.

**95–1653.  New Hampshire Ins. Group v. Frost.**
Cuyahoga App. No. 67823.  Reported at 77 Ohio St.3d 1218, 672 N.E.2d 174.  On motion for reconsideration.  Motion denied.
DOUGLAS, RESNICK and COOK, JJ., dissent.

**95–2059.  Romp v. Haig.**
Hamilton App. No. C–940268.  Reported at 77 Ohio St.3d 1219, 672 N.E.2d 174.  On motion for reconsideration.  Motion denied.

**96–1127.  Westfield Cos. v. Kette.**
Erie App. No. E–95–051.  Reported at 77 Ohio St.3d 154, 672 N.E.2d 166.  On motion for reconsideration.  Motion denied.
DOUGLAS and F.E. SWEENEY, JJ., dissent.

**96–1469.  Perfection Graphics, Inc. v. Sheehan.**
Geauga App. No. 95–G–1915.  Reported at 77 Ohio St.3d 1480, 673 N.E.2d 142.  On motion for reconsideration.  Motion denied.
MOYER, C.J., dissents.

**96–2630.  State ex rel. Karasek v. Moyer.**
In Mandamus.  Reported at 77 Ohio St.3d 1462, 672 N.E.2d 1119.  On motion for reconsideration.  Motion denied.
MOYER, C.J., not participating.